UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY CARADINE, | Case No.: 2:23-cv-01092-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| THE SUITES AT FLAMINGO, et al., | |
| Defendants | |

On January 30, 2024, Magistrate Judge Couvillier entered an order dismissing plaintiff Courtney Caradine's complaint without prejudice and setting a deadline of February 28, 2024 for Caradine to file an amended complaint. ECF No. 6.  That order was returned to the court as undeliverable because Caradine was no longer housed at High Desert State Prison. ECF No. 7. On March 5, 2024, Judge Couvillier entered a report and recommendation recommending that I dismiss this case because Caradine did not file an amended complaint by the given deadline and did not update his address as required by Local Rule IA 3-1. ECF No. 8.  That order was also returned as undeliverable. ECF No. 9.  On March 10, Caradine filed a motion for a status check, but did not update his address. ECF No. 10.  It appears that Caradine is now housed at Southern Desert Correctional Center.

I THEREFORE ORDER that plaintiff Courtney Caradine's motion for status check **(ECF No. 10) is GRANTED** as follows:

I ORDER the clerk of court to send Judge Couvillier's two orders (ECF Nos. 6, 8) to plaintiff Courtney Caradine via the law library at Southern Desert Correctional Center.

I FURTHER ORDER that plaintiff Courtney Caradine shall have until April 26, 2024 to update his address with the court.  "Failure to comply with this rule may result in the dismissal of

the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

I FURTHER ORDER that plaintiff Courtney Caradine shall have until April 26, 2024 to object to Magistrate Judge Couvillier's report and recommendation (ECF No. 8).

I FURTHER ORDER that plaintiff Courtney Caradine shall have until April 26, 2024 to file an amended complaint.

DATED this 1st day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE