# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY CARADINE, | Case No.: 2:23-cv-01092-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| THE SUITES AT FLAMINGO, et al., | |
| Defendants | |

On January 30, 2024, Magistrate Judge Couvillier entered an order dismissing plaintiff Courtney Caradine's complaint without prejudice and setting a deadline of February 28, 2024 for Caradine to file an amended complaint. ECF No. 6.  That order was returned to the court as undeliverable because Caradine was no longer housed at High Desert State Prison. ECF No. 7.

On March 5, 2024, Judge Couvillier recommended that I dismiss this case because Caradine did not file an amended complaint by the given deadline and did not update his address as required by Local Rule IA 3-1. ECF No. 8.  That order was also returned as undeliverable. ECF No. 9.  On March 10, Caradine filed a motion for a status check, but did not update his address. ECF No. 10.  It appears that Caradine is now housed at Southern Desert Correctional Center.

On April 1, 2024, I ordered the clerk of court to send Judge Couvillier's two orders (ECF Nos. 6, 8) to Caradine via the law library at Southern Desert Correctional Center. ECF No. 12.  I also ordered Caradine to update his address with the court by April 26, 2024. *Id.*  I advised Caradine that "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* at 1-2.  Finally, I extended the deadlines for Caradine to object to Magistrate Judge Couvillier's orders and file an

amended complaint to April 26, 2024. *Id.* at 2.  Caradine has not updated his address, objected to Judge Couvillier's orders, or filed an amended complaint.  It appears Caradine has abandoned this case.

      I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 8) is accepted and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

      DATED this 2nd day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE